UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID CHARLES MAIER,<br><br>              Plaintiff,<br><br>   v.<br><br>ROBB ROBLE, et al.,<br><br>              Defendant. | CASE NO. C20-756-RSM<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff submitted a *pro se* 42 U.S.C. § 1983 civil rights complaint and deficient application to proceed *in forma pauperis* on May 16, 2020. Dkt. 1. By letter dated May 20, 2020, plaintiff was directed to either pay the $400.00 filing fee or submit a sufficient application to proceed *in forma pauperis* ("IFP"). Dkt. 2. Plaintiff was also advised that failure to respond by June 19, 2020 could result in dismissal of the case. *Id*. On June 1, 2020, the Clerk's letter was returned to the Court marked "undeliverable" and "not a SCORE jail." Dkt.4.

To date, plaintiff has not paid the filing fee, submitted a completed IFP application, or had any contact or communication with the Court. Accordingly, the Court recommends that this action be **DISMISSED without prejudice** for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

REPORT AND RECOMMENDATION - 1

**OBJECTIONS AND APPEAL**

Any objections to this report and recommendation must be filed no later that **July 8, 2020.** The clerk shall note the matter for **July 10, 2020**, as ready for the District Judge's consideration. object may affect the right to appeal.

DATED this 22nd day of June, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2